NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERIZON COMMUNICATIONS, INC. AND VERIZON SERVICES CORP.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee.*

AND

**CABLEVISION SYSTEMS CORPORATION,**
*Intervenor.*

---

2012-1075

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-712.

---

## ON MOTION

---

## ORDER

Upon consideration of Cablevision Systems Corporation's unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

DEC 2 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael K. Kellogg, Esq.
Michael Liberman, Esq.
V. James Adduci, II, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK